# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS A. ROBINSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PARK PLAZA CONDO ASSOC | : | NO. 17-3883 |

## ORDER

AND NOW, this 20th day of September, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and his *pro se* complaint, it is ORDERED that:

1.     Leave to proceed *in forma pauperis* is GRANTED.

2.     The complaint is DISMISSED for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3) for the reasons discussed in the Court's memorandum.

3.     The Clerk of Court shall CLOSE this case.

BY THE COURT:

MITCHELL S. GOLDBERG, J.